# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Grinnell Mutual Reinsurance Company, | Civil No: 10-350 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Ernie Wollak, individually, d/b/a Wollak Construction, Inc., Ronald Duran, Debra Goodrich-Duran, Weather Shield Manufacturing, Inc., | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 11), **IT IS ORDERED** that Defendant Weather Shield Manufacturing, Inc. is voluntarily **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

Dated:  June 25, 2010

                                                  s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge